IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH OLAYER, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>TITEFLEX CORPORATION t/a GASTITE,<br><br>　　　　　　　　　Defendant. | Case No. 2:13-cv-00753<br><br>Judge Joy Flowers Conti |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Joseph Olayer, and Defendant, Titeflex Corporation t/a Gastite, hereby stipulate and agree that all claims in this action are hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Robert N. Peirce III                              /s/ Stanley M. Stein
Robert N. Peirce                                       Stanley M. Stein
D. Aaron Rihn                                          STANLEY M. STEIN, PC
ROBERT PEIRCE & ASSOCIATES, P.C.    445 Fort Pitt Boulevard
707 Grant Street                                       Pittsburgh, PA 15219
Pittsburgh, PA 15219                                Tel:   (412) 904-4573
Tel:   (866) 273-1941                                Fax:  (412) 904-4726
Fax:   (412) 281-4229                               SMStein@smsteinlaw.com

Attorneys for Plaintiff                              John G. Papianou
Joseph Olayer                                        MONTGOMERY, MCCRACKEN,
　　　　　　　　　　　　　　　　　　　 WALKER & RHOADS, LLP
　　　　　　　　　　　　　　　　　　　123 S. Broad St.
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　　　　　　　　Phone: (215) 772-1500
　　　　　　　　　　　　　　　　　　　Fax: (215) 772-7620
　　　　　　　　　　　　　　　　　　　jpapianou@mmwr.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Titeflex Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of August 2013, I electronically filed this Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                  /s/ Stanley M. Stein
                                                    Stanley M. Stein